UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEIRDRE DIAMOND-MARTINEZ, )<br>*a/k/a Deirdre A. Diamon* )<br>　　　　Plaintiff, )<br>　)<br>v.　　　　　　　　　　　　　　)<br>　)<br>　)<br>MARK T. ESPER, *Department of the Army* )<br>　　　　Defendant. ) | **JUDGMENT**<br><br>No. 5:18-CV-324-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss for failure to state a claim and plaintiff's motion to amend.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 21, 2019, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED and plaintiff's motion to amend is DENIED. Plaintiff's action is DISMISSED as time barred pursuant to Federal Rule of Civil Procedure 12(b)(6).

**This Judgment Filed and Entered on June 21, 2019, and Copies To:**
Deirdre Diamond-Martinez (via US mail) 6380 Cliffdale Road, #25037, Fayetteville, NC 28314
Joshua B. Royster / Roberto F. Ramirez (via CM/ECF Notice of Electronic Filing)

June 21, 2019　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk